UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAYLOR MEADOWS, )<br>)<br>Defendant. ) | No.: 3:15-CR-95-TAV-HBG-2 |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge H. Bruce Guyton on October 18, 2019 [Doc. 30] and the motion by defendant Taylor Meadows [Doc. 37] to withdraw her objection to the R&R [Doc. 33]. Judge Guyton recommends that defendant's Motion to Suppress [Doc. 26] be denied [Doc. 30]. Although defendant timely objected to the R&R, she moves to withdraw her objection because she has entered a plea agreement with the government, rendering her objection moot [Doc. 37]. For good cause shown, defendant's motion to withdraw [Doc. 37] is **GRANTED**, and her objection to the R&R [Doc. 33] is **WITHDRAWN**.

After reviewing the matter raised in defendant's motion to suppress, the Court agrees with Judge Guyton's recommendation and reasoning, which the Court adopts and

incorporates into its ruling.  Accordingly, the Court **ACCEPTS IN WHOLE** the R&R

[Doc. 30].  Defendant Taylor Meadow's Motion to Suppress [Doc. 26] is **DENIED**.

IT IS SO ORDERED.

                                                    s/ Thomas A. Varlan
                                                    UNITED STATES DISTRICT JUDGE